ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA         :     **CONSENT PRELIMINARY ORDER OF**
                                       **FORFEITURE/MONEY JUDGMENT**
              - v. -             :

CARLOS VALLEJO,                  :     S2 13 Cr. 811 (ALC)

              Defendant.         :

- - - - - - - - - - - - - - - - X

/1-4-14/

      WHEREAS, on or about November 4, 2014, CARLOS VALLEJO (the "defendant"), was charged in all counts of a two count Superseding Information S2 13 Cr. 811 (ALC) (the "Superseding Information") with conspiracy to burglarize pharmacies of controlled substances, in violation of 18 U.S.C. § 2118(d) (Count One); and burglary of a pharmacy in violation of 18 U.S.C. §§ 2118(b) and 2 (Count Two);

      WHEREAS, the Superseding Information included a forfeiture allegation as to Counts One and Two, seeking forfeiture to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, of any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, including but not limited to:

    a.    a 2010 Mercedes-Benz ML63 AMG bearing VIN 4JGBB7HBXAA561332;

    b.    a 2010 Mercedes-Benz S63 AMG bearing VIN WDDNG7HB3AA310953;

1

  c. a 2005 Dodge Magnum RT bearing VIN 2D8GV582X5H649022; and

  d. a 2005 Honda Odyssey Touring bearing VIN 5FNRL38875B072204

(items (a) through (d) together, are the "Specific Property");

  WHEREAS, on or about November 4, 2014, the defendant pled guilty to Counts One and Two of the Superseding Information pursuant to a plea agreement with the Government, wherein the defendant admitted the forfeiture allegation and agreed to forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461: (i) a sum of money equal to $124,249 in United States currency, representing any and all property, real or personal, which constitutes or is derived from proceeds traceable to such offenses (the "Money Judgment"); and (ii) all right, title and interest of the defendant in the Specific Property;

  WHEREAS, the defendant further admitted that he lacks any property interest in the Specific Property, and therefore also agreed not to contest any criminal, civil or administrative forfeiture of the Specific Property, or file a petition for remission or mitigation, or to assist a third party in asserting a claim or filing a petition for remission or mitigation relating to the Specific Property with the Department of Justice;

WHEREAS, the defendant consents to the imposition of a money judgment in the amount of $124,249 in United States currency, representing property constituting or derived from proceeds traceable to the offenses charged in Counts One through Thirteen of the Superseding Information, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461; and

WHEREAS, pursuant to Federal Rule of Criminal Procedure 32.2(b)(4)(A), the defendant consents to this Consent Preliminary Order of Forfeiture/Money Judgment becoming final as to his interests prior to sentencing;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney, Preet Bharara, United States Attorney, Assistant United States Attorney Jason A. Masimore, of counsel, and the defendant, and his counsel, Michael H. Sporn, Esq. that:

1. As a result of the offenses charged in Counts One and Two of the Superseding Information, to which the defendant pled guilty, a money judgment in the amount of $124,249 in United States currency (the "Money Judgment") shall be entered against the defendant.

2. The defendant shall not contest any criminal, civil or administrative forfeiture of the Specific Property, or file a petition for remission, or to assist a third party in

asserting a claim or filing a petition for remission relating to the Specific Property with the Department of Justice.

3. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, upon entry of this Consent Preliminary Order of Forfeiture/Money Judgment, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the defendant, CARLOS VALLEJO, and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

4. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the "United States Marshals Service," and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007, and shall indicate the defendant's name and case number.

5. Upon execution of this Consent Preliminary Order of Forfeiture/Money Judgment and pursuant to 21 U.S.C. § 853, the United States Marshals Service shall be authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

6.  The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

7.  Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Consent Preliminary Order of Forfeiture/Money Judgment, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

8.  The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney, Sharon Cohen Levin, Chief of Money Laundering and Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007.

9.  The signature pages of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

PREET BHARARA
United States Attorney for the
Southern District of New York

By: _____          _11/4/14_
JASON A. MASIMORE                              DATE
Assistant United States Attorney
One St. Andrew's Plaza
New York, NY 10007
Tel.: (212) 637-2580


CARLOS VALLEJO, DEFENDANT

By: _____          _11/4/14_
CARLOS VALLEJO                                 DATE

By: _____          _11/4/14_
MICHAEL H. SPORN, ESQ.                         DATE
290 Broadway, Suite 800
New York, NY 10007


SO ORDERED:

_____              _11-4-14_
HONORABLE ANDREW L. CARTER, JR.                DATE
United States District Judge