GPO U.S. GOVERNMENT PRINTING OFFICE: 2008-351-254/40010

FD-597 (Rev 8-11-94)

Page 1 of 1

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 209C-NY-307772

On (date) October 30, 2013

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Carlos Vallejo
(Street Address) 460 Audubon Ave., Apt. B6.
(City) New York, NY

Description of Item(s): (4) empty iPhone boxes, pliers, holsters, mallet, iPod, (14) rounds Federal .40 ammunition, cellphone, Air Jordans, black sweat pants, flashlights, car documents, Nike black and white shoes, green leafy substance, harness, jack, crowbar, iPhone & charger, Bronx Honda documents, parking garage ticket, various pills, hacksaw, respirator masks, rope, tools, screwdriver, black backpack, zip tie, black sweatshirt, Hydrocodone bitartrate & acetaminophen, Clonazepam, Nike Air sneakers, boltcutters, Playstation 3, iPad w/ purple cover, Wii, playstation controller, Wii controller, 5 cords, AX, digital scale & duffle bag, blue G-Star pants, Wii U Controller, black mask, gloves, boots, Mac Book laptop, plugging cord, Nike shoes, bags of green leafy substance in purple tubs, 27 Twenty Dollar Bills, digital camera.

RWL Nothing follows















